UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 1:13CR00067 SNLJ |
|  | ) |  |
| A. C. JACKSON, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#47), filed on November 15, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein, except that part of the report and recommendation finding that "Judge Shuller had a substantial basis for ... concluding that probable cause existed [for issuance of the search warrant]."

This Court specifically adopts the Magistrate's findings and conclusions pertaining to the "Good Faith" exception under *Leon*.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence from Search or Seizure (#21); Defendant's Motion to Sever Counts (#22); and Defendant's Motion to Suppress Statements (#24) be **DENIED**.

Dated this 17th day of December, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE